UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DENNIS R. BOLES,

    Plaintiff,

vs.

LIFE INSURANCE COMPANY
OF NORTH AMERICA,

    Defendant.

Case No. 1:22-cv-00153

Hon. Jane M. Beckering
Magistrate Judge Phillip J. Green

---

| | |
|---|---|
| Troy W. Haney (P48614)<br>HANEY LAW OFFICE, P.C.<br>Attorney for Plaintiff<br>330 East Fulton Street<br>Grand Rapids, MI 49503<br>Telephone:  616-235-2300<br>Email:  thaney@troyhaneylaw.com | Kevin Blair (P76927)<br>HONIGMAN LLP<br>Attorney for Defendant<br>222 North Washington Square, Suite 400<br>Lansing, MI 48933<br>Telephone:  517-0716<br>Email: kblair@honigman.com |

---

## **STIPULATION AND ORDER FOR DISMISSAL**

All matters in controversy in the above-captioned cause of action having been fully compromised, agreed, and settled pursuant to the terms of a written settlement agreement. Plaintiff, Dennis R. Boles ("Plaintiff"), by his attorney, Troy W. Haney, and Defendant, Life Insurance Company of North America ("LINA"), by its attorney, Kevin M. Blair, hereby stipulate and agree to the dismissal of Plaintiff's Complaint and the above captioned lawsuit, with prejudice, and for each party to bear its own costs and attorneys' fees.

Respectfully submitted,

| | |
|---|---|
| By: */s/ Troy W. Haney*<br>Troy W. Haney (P48614)<br>Attorney for Plaintiff<br>Haney Law Office, P.C.<br>330 East Fulton Street<br>Grand Rapids, MI 49503<br><br>Dated:  October 17, 2022 | By: */s/ Kevin M. Blair (with consent)*<br>Kevin M. Blair (P76927)<br>Attorney for Defendant<br>Honigman LLP<br>222 North Washington Square, Suite 400<br>Lansing, MI 48933<br><br>Dated:  October 17, 2022 |

## **ORDER**

IT IS SO ORDERED:

Dated:  October 17, 2022                                              /s/ Jane M. Beckering
                                                                                   United States District Judge